Form ntc7clwd

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **09−51157−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Shonda LaValle Eddins
   390 Bedford
   Ypsilanti, MI 48198

Social Security No.:
   xxx−xx−6317

Employer's Tax I.D. No.:

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtors did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 7/28/09

                BY THE COURT

                Katherine B. Gullo , Clerk of Court
                UNITED STATES BANKRUPTCY COURT