UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:
Shonda La Valle Eddins                          No. 09-51157
                                                Honorable Thomas J. Tucker
Debtor                                          Chapter 7
_____/

**MOTION TO REOPEN CASE TO ENTER A DISCHARGE AND WAIVE FILING FEE**

    On July 28, 2009, the Debtor's case was closed without discharge due to lack of filing a Debtor Education Certificate. The Debtor filed the Debtor Education Certificate August 24, 2009, and now requests the case be opened and a Discharge be entered.

    The Debtor's filing fee was waived at the time of the original filing April 10, 2009, and the Debtor requests that the filing fee for reopening the case also be waived.

Dated: July 12, 2010                  /s/John Robert Keyes_____
                                      John Robert Keyes (P-68856)
                                      300 North Huron Street, Ypsilanti, MI  48197
                                      Phone: (734) 662-1590
                                      E-mail: robert@robertkeyeslaw.com

## United States Bankruptcy Court
### Eastern District of Michigan

In re   Shonda La Valle Eddins                                    Case No.   09-51157
                                      Debtor(s)                   Chapter    7

**EX PARTE ORDER APPROVING REOPENING CASE FOR ENTERING DISCHARGE AND WAIVER OF FILING FEE**

   IT IS ORDERED that the case be reopened for entering a Discharge. It is further ordered that the filing fee for reopening the case be waived.

BY THE COURT

Date _____                    _____
                                                *United States Bankruptcy Judge*